IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No. 3:07-672-JFA |
|---|---|---|
| v. | ) | ORDER |
| CORY MCKENZIE DAVIS | ) | |

This court denied the defendant's motion for a reduction of his sentence which was made pursuant to 18 U.S.C. § 3582 and in light of Amendment 750 to the United States Sentencing Guidelines. The defendant then filed an appeal of that decision with the Fourth Circuit Court of Appeals on January 23, 2012.

The defendant has now filed a motion to reconsider this court's denial of his § 3582 motion. As fully set out in this court's order of January 17, 2012, the defendant's guideline range under Amendment 750 would have been 168 to 210 months imprisonment. Because the defendant's original sentence was 168 months, Amendment 750 did not have the effect of lowering the guideline range in his case. Thus, the court denied the defendant's original § 3582 motion.

Finding no grounds for disturbing the court's earlier ruling, the motion to reconsider (ECF No. 175) is denied

IT IS SO ORDERED.

February 16, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge